UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LILLIAN ANN CRAIG,

                Plaintiff,

-vs-                                        Case No. 6:13-cv-1435-Orl-28DAB

MIAMI DADE CLERK OF COURT'S
OFFICE,

                Defendant.

## ORDER

This case is before the Court on Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. No. 2) filed September 17, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed September 19, 2013 (Doc. No. 4) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Doc. No. 2) is **DENIED**.

3. Plaintiff may pay the required filing fee within fourteen (14) days from the date of this Order. If Plaintiff fails to pay the required filing fee within the time allowed herein, this action will be dismissed and the case closed.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 11th day of October, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party