# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LILLIAN ANN CRAIG,**

**Plaintiff,**

**-vs-**                                                    **Case No.  6:13-cv-1435-Orl-28DAB**

**MIAMI DADE CLERK OF COURT'S OFFICE,**

**Defendant.**

_____

# ORDER

This case is before the Court on Plaintiff's Motion to Reopen Case (Doc. No. 7) and Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 8), both filed on November 8, 2013. The United States Magistrate Judge has submitted a report recommending that the motions be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.     That the Report and Recommendation filed November 12, 2013 (Doc. No. 9) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     Plaintiff's Motion to Reopen Case (Doc. No. 7) is **DENIED**.

3.     Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 8) is **DENIED**.

Case 6:13-cv-01435-JA-DAB   Document 10   Filed 12/02/13   Page 2 of 2 PageID 24

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 2nd day of December, 2013.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party